# United States Bankruptcy Court
## Northern District of Florida

In re    **Roger Allen Mills**    Case No. **18-50307**

Debtor(s)    Chapter    **7**

# AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith:
**Schedules A/B, C, D, E, F & G**   (Amended schedules filed to reflect condition of estate as of date of conversion to Chapter 7 per Local Rule 1019-1).

## NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a), I certify that notice of the filing of the amendment(s) listed above has been given this date to any and all entities affected by the amendment as follows:

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 12, 2019  at the address(es) listed below:
     Alejandro Guillermo Martinez-Maldonado   on behalf of Creditor   PACIFIC UNION FINANCIAL, LLC
      bk@exllegal.com
     Leigh D. Hart   on behalf of Trustee Leigh D. Hart ldhdock@earthlink.net,
      ldhtre@earthlink.net;ldhadmin@earthlink.net
     Mary W. Colon   trustee@marycolon.com,  fl33@ecfcbis.com
     Natasha Z. Revell   on behalf of Debtor Roger Allen Mills tasha@zalkinrevell.com,
      krevell@zalkinrevell.com;tgordon@zalkinrevell.com
     Steven Gerald Powrozek   on behalf of Creditor   JPMorgan Chase Bank, National Association
      spowrozek@logs.com,  electronicbankruptcynotices@logs.com
     Teresa M. Dorr   on behalf of Debtor Roger Allen Mills tdorr@zalkinrevell.com,
      tgordon@zalkinrevell.com
     United States Trustee   USTPRegion21.TL.ECF@usdoj.gov
```

Date: **February 12, 2019**

**/s/ Natasha Z. Revell**
**Natasha Z. Revell**
Attorney for Debtor(s)
**Zalkin Revell, PLLC**
**2441 US Highway 98W**
**Suite 109**
**Santa Rosa Beach, FL 32459**
**(850) 267-2111 Fax:(866) 560-7111**
**tasha@zalkinrevell.com**

**Fill in this information to identify your case and this filing:**

| | |
|---|---|
| Debtor 1 | **Roger Allen Mills** |
| | First Name / Middle Name / Last Name |
| Debtor 2 (Spouse, if filing) | First Name / Middle Name / Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF FLORIDA |
| Case number | **18-50307** |

☐ Check if this is an amended filing

## Official Form 106A/B
## Schedule A/B: Property
12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.

☑ Yes. Where is the property?

**1.1**

**4021 Osprey Point**
Street address, if available, or other description

**Panama City**  **FL**  **32409-0000**
City  State  ZIP Code

**Bay**
County

**What is the property?** Check all that apply

☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$208,740.00** | **$208,740.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

☐ Check if this is community property (see instructions)

**Property was substantially damaged by Hurricane Michael in the estimated amount of $100,000.00; insurance company has provided a check for $98,000 issued to debtor and lender, which check has been sent to lender to be placed in escrow account for repairs. Value listed herein is from property appraiser and includes estimated value of house including escrowed insurance proceeds.**

Debtor 1     **Roger Allen Mills**                                      Case number *(if known)*   **18-50307**

**1.2**  **If you own or have more than one, list here:**

**11 Blackhawk Circle**
Street address, if available, or other description

**Murphy**          **NC**    **28906-0000**
City              State      ZIP Code

**Cherokee**
County

**What is the property?** Check all that apply

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Value listed is from property appraiser.  Property is damaged due to sitting vacant for extended period of time and requires approximately $20,000 in repairs.**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**  **$110,710.00**
**Current value of the portion you own?**  **$110,710.00**

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
**Fee simple**

☐ **Check if this is community property** (see instructions)

---

**1.3**  **If you own or have more than one, list here:**

**Wyndham Vacation**
Street address, if available, or other description

City              State      ZIP Code

County

**What is the property?** Check all that apply

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Timeshare**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**  **Unknown**
**Current value of the portion you own?**  **Unknown**

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

☐ **Check if this is community property** (see instructions)

---

2.  **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here...........................................................................=>**     **$319,450.00**

**Part 2:**  **Describe Your Vehicles**

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

Debtor 1    **Roger Allen Mills**                                Case number *(if known)*    **18-50307**

### 3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles

☐ No
■ Yes

| 3.1 | | | | |
|---|---|---|---|---|
| Make: | **Dodge** | **Who has an interest in the property?** Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |
| Model: | **Ram 1500** | ☐ Debtor 1 only | | |
| Year: | **2010** | ☐ Debtor 2 only | **Current value of the entire property?** | **Current value of the portion you own?** |
| Approximate mileage: | **137500** | ☐ Debtor 1 and Debtor 2 only | | |
| Other information: | | ■ At least one of the debtors and another | | |

Other information:
**NADA Average Value Truck was substantially damaged in the hurricane and value includes present damaged condition plus $5,600 of insurance proceeds which are being utilized for repairs, including substantial body damage.**

☐ Check if this is community property
(see instructions)

**$7,400.00**    **$3,700.00**

| 3.2 | | | | |
|---|---|---|---|---|
| Make: | **Harley Davidson** | **Who has an interest in the property?** Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |
| Model: | **Triglide Ultra Classic** | ■ Debtor 1 only | | |
| Year: | **2014** | ☐ Debtor 2 only | **Current value of the entire property?** | **Current value of the portion you own?** |
| Approximate mileage: | | ☐ Debtor 1 and Debtor 2 only | | |
| Other information: | | ☐ At least one of the debtors and another | | |

Other information:
**Low retail value**

☐ Check if this is community property
(see instructions)

**$20,200.00**    **$20,200.00**

### 4. Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☐ No
■ Yes

| 4.1 | | | | |
|---|---|---|---|---|
| Make: | **Boat with motor and trailer** | **Who has an interest in the property?** Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |
| Model: | | ■ Debtor 1 only | | |
| Year: | | ☐ Debtor 2 only | **Current value of the entire property?** | **Current value of the portion you own?** |
| | | ☐ Debtor 1 and Debtor 2 only | | |
| Other information: | | ☐ At least one of the debtors and another | | |

☐ Check if this is community property
(see instructions)

**$7,100.00**    **$7,100.00**

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here...........................................................................=>

**$31,000.00**

---

**Part 3:    Describe Your Personal and  Household Items**

Do you own or have any legal or equitable interest in any of the following items?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

### 6. Household goods and furnishings
*Examples:* Major appliances, furniture, linens, china, kitchenware

☐ No
■ Yes.  Describe.....

| Household Goods and Furnishings: see attachment | $795.00 |
|---|---|

| Debtor 1 | **Roger Allen Mills** | Case number *(if known)* | **18-50307** |

| Household Goods and furnishings in NC property | $1,515.00 |

**7. Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ■ Yes. Describe.....

| Electronics: see attachment | $250.00 |

| Electronics in NC Property | $130.00 |

**8. Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ■ No
   ☐ Yes. Describe.....

**9. Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ☐ No
   ■ Yes. Describe.....

| Fishing Poles and reels, bicycle | $275.00 |

**10. Firearms**
   *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
   ■ No
   ☐ Yes. Describe.....

**11. Clothes**
   *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
   ☐ No
   ■ Yes. Describe.....

| Debtor's clothing | $100.00 |

**12. Jewelry**
   *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
   ■ No
   ☐ Yes. Describe.....

**13. Non-farm animals**
   *Examples:* Dogs, cats, birds, horses
   ■ No
   ☐ Yes. Describe.....

**14. Any other personal and household items you did not already list, including any health aids you did not list**
   ■ No
   ☐ Yes. Give specific information.....

| 15. | Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here ............................................................................... | $3,065.00 |

**Part 4: Describe Your Financial Assets**

Do you own or have any legal or equitable interest in any of the following?                                          Current value of the

| Debtor 1 | **Roger Allen Mills** | Case number *(if known)* | **18-50307** |

**portion you own?**
Do not deduct secured
claims or exemptions.

**16. Cash**
   *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
   ■ No
   ☐ Yes...........................................................................................................

**17. Deposits of money**
   *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar
      institutions. If you have multiple accounts with the same institution, list each.
   ☐ No
   ■ Yes.......................                          Institution name:

| | 17.1. | **Checking** | **Hancock Bank xxxx8969** | **$2,205.84** |

**18. Bonds, mutual funds, or publicly traded stocks**
   *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
   ■ No
   ☐ Yes.................          Institution or issuer name:

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
   ■ No
   ☐ Yes.  Give specific information about them...................
                           Name of entity:                              % of ownership:

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**
   *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
   *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
   ■ No
   ☐ Yes. Give specific information about them
                           Issuer name:

**21. Retirement or pension accounts**
   *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
   ☐ No
   ■ Yes. List each account separately.
                  Type of account:             Institution name:

| | | **GE Retirement Savings Plan adminsterred by Fidelity Investment** | **$272,237.32** |

**22. Security deposits and prepayments**
   Your share of all unused deposits you have made so that you may continue service or use from a company
   *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
   ■ No
   ☐ Yes. .....................          Institution name or individual:

**23. Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
   ■ No
   ☐ Yes.............          Issuer name and description.

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
   26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
   ■ No
   ☐ Yes.............          Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
   ■ No
   ☐ Yes.  Give specific information about them...

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor 1 | **Roger Allen Mills** | Case number *(if known)* | **18-50307** |
| --- | --- | --- | --- |

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

    ■ No
    ☐ Yes.  Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

    ■ No
    ☐ Yes.  Give specific information about them...

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
| --- | --- |

28. **Tax refunds owed to you**

    ■ No
    ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

29. **Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

    ■ No
    ☐ Yes. Give specific information......

30. **Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security benefits; unpaid loans you made to someone else

    ■ No
    ☐ Yes.  Give specific information..

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
    ☐ No
    ■ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
| --- | --- | --- |
| **Term Life Insurance Policy with GE. No Cash Surrender value** | | **$0.00** |
| **Term Life Insurance with VA, no cash surrender value** | | **$0.00** |

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

    ■ No
    ☐ Yes.  Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue

    ■ No
    ☐ Yes.  Describe each claim.........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

    ■ No
    ☐ Yes.  Describe each claim.........

Debtor 1    **Roger Allen Mills**                                                    Case number *(if known)*    **18-50307**

35.  **Any financial assets you did not already list**

■ No

☐ Yes.  Give specific information..

36.  **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**.................................................................................................................    **$274,443.16**

| Part 5: | Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1. |
|---|---|

37.  **Do you own or have any legal or equitable interest in any business-related property?**

■ No. Go to Part 6.

☐ Yes.  Go to line 38.

| Part 6: | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. |
|---|---|
|  | If you own or have an interest in farmland, list it in Part 1. |

46.  **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

■ No. Go to Part 7.

☐ Yes.  Go to line 47.

| Part 7: | Describe All Property You Own or Have an Interest in That You Did Not List Above |
|---|---|

53.  **Do you have other property of any kind you did not already list?**

*Examples:* Season tickets, country club membership

■ No

☐ Yes. Give specific information.........

54.  **Add the dollar value of all of your entries from Part 7. Write that number here** ....................................    **$0.00**

| Part 8: | List the Totals of Each Part of this Form |
|---|---|

55.  **Part 1: Total real estate, line 2** ..........................................................................................    **$319,450.00**

56.  **Part 2: Total vehicles, line 5**    **$31,000.00**

57.  **Part 3: Total personal and household items, line 15**    **$3,065.00**

58.  **Part 4: Total financial assets, line 36**    **$274,443.16**

59.  **Part 5: Total business-related property, line 45**    **$0.00**

60.  **Part 6: Total farm- and fishing-related property, line 52**    **$0.00**

61.  **Part 7: Total other property not listed, line 54**    +    **$0.00**

62.  **Total personal property.** Add lines 56 through 61...    **$308,508.16**    Copy personal property total    **$308,508.16**

63.  **Total of all property on Schedule A/B.** Add line 55 + line 62    **$627,958.16**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

# United States Bankruptcy Court
## Northern District of Florida

In re **Roger A. Mills**

Case No.

Chapter **13**

**AMENDED**
**HOUSEHOLD GOODS SHEET - Updated for Ch. 7**
**Florida Property**

### Living Room - Value of Each Item

| Desc. of Prop. | 1 | 2 | 3 | 4 | 5 | Total Value |
|---|---|---|---|---|---|---|
| Couch(es) - lost | $0.00 | | | | | $0.00 |
| Bookcase(s) - lost (2) | $0.00 | $0.00 | | | | $0.00 |
| Desk(s) | | | | | | $0.00 |
| Chair(s) - lost/damaged | $0.00 | | | | | $0.00 |
| Table(s) | $10.00 | $10.00 | $20.00 | | | $40.00 |
| Lamp(s) | $5.00 | $5.00 | | | | $10.00 |
| Other: | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | **TOTAL** | **$50.00** |

### Dining Room - Value of Each Item

| Desc. of Prop. | 1 | 2 | 3 | 4 | 5 | Total Value |
|---|---|---|---|---|---|---|
| Table(s) | $20.00 | | | | | $20.00 |
| Chair(s) | $5.00 | $5.00 | | | | $10.00 |
| Lamp(s) | | | | | | $0.00 |
| China Closet(s) | | | | | | $0.00 |
| China | | | | | | $0.00 |
| Silverware | | | | | | $0.00 |
| Pictures | | | | | | $0.00 |
| Other: | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | **TOTAL** | **$30.00** |

| Bedrooms - Value of Each Item | | | | | | |
|---|---|---|---|---|---|---|
| Desc. of Prop. | 1 | 2 | 3 | 4 | 5 | Total Value |
| Bed(s) (2 lost) | $0.00 | $30.00 | $0.00 | | | $30.00 |
| Chair(s) | | | | | | $0.00 |
| Dresser(s) (1 lost) | $0.00 | $20.00 | $30.00 | | | $50.00 |
| Chest(s) of Drawers | | | | | | $0.00 |
| Desk(s) | | | | | | $0.00 |
| Mirror(s) | | | | | | $0.00 |
| Lamp(s) | $5.00 | $5.00 | $10.00 | | | $20.00 |
| Vanity(s) | | | | | | $0.00 |
| Night Stands (2 lost) | $0.00 | $0.00 | $10.00 | $10.00 | | $20.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | **TOTAL** | **$120.00** |

| Kitchen - Value of Each Item | | | | | | |
|---|---|---|---|---|---|---|
| Desc. of Prop. | 1 | 2 | 3 | 4 | 5 | Total Value |
| Table(s) (lost) | | | | | | $0.00 |
| Chair(s) (lost) | | | | | | $0.00 |
| Microwave(s) | $30.00 | | | | | $30.00 |
| Refrigerator(s) | $150.00 | | | | | $150.00 |
| Deep Freezer(s) | | | | | | $0.00 |
| Dishwasher-Built In | | | | | | $0.00 |
| Washing Machine(s) | $50.00 | | | | | $50.00 |
| Dryer(s) | $40.00 | | | | | $40.00 |
| Stove(s)-Built In | | | | | | $0.00 |
| Dishes | $20.00 | | | | | $20.00 |
| Cookware | $20.00 | | | | | $20.00 |
| Other: | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | **TOTAL** | **$310.00** |

## Other Rooms (Hallways, Bathrooms, Garage, Attic, Basement, Shed etc.)
### Value of Each Item

| Desc. of Prop. | 1 | 2 | 3 | 4 | 5 | Total Value |
|---|---|---|---|---|---|---|
| Desk(s) (lost - 2) | | | | | | $0.00 |
| Chair(s) | $20.00 | $10.00 | | | | $30.00 |
| Game Table(s) | | | | | | $0.00 |
| Sewing Machine(s) (lost) | $0.00 | | | | | $0.00 |
| Vac. Cleaner(s) | $10.00 | | | | | $10.00 |
| Iron(s) | $5.00 | | | | | $5.00 |
| Air Conditioner(s) | | | | | | $0.00 |
| Tool(s) | $100.00 | | | | | $100.00 |
| Power Tool(s) | $30.00 | $15.00 | $10.00 | $40.00 | | $95.00 |
| Lawn Mower(s) | $20.00 | | | | | $20.00 |
| Other: | | | | | | $0.00 |
| bookcase (2 lost) | $0.00 | $0.00 | | | | $0.00 |
| Bench (lost) | $0.00 | | | | | $0.00 |
| Lamps | $10.00 | $10.00 | $5.00 | | | $25.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | **TOTAL** | **$285.00** |

## VALUE OF  HOUSEHOLD GOODS                    $795.00

## Electronics-Value of Each Item

| Desc. of Property | 1 | 2 | 3 | 4 | 5 | Total Value |
|---|---|---|---|---|---|---|
| Television (lost 2) | $50.00 | $0.00 | $0.00 | | | $50.00 |
| Stereo (lost) | $0.00 | | | | | $0.00 |
| Radio (lost) | $0.00 | | | | | $0.00 |
| VCR/DVD | $10.00 | | | | | $10.00 |
| Computer | $25.00 | | | | | $25.00 |
| Camera | $5.00 | | | | | $5.00 |
| Cell Phones | $100.00 | | | | | $100.00 |
| Tablets, etc. | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | **TOTAL** | **$190.00** |

Date:    2/6/2019            Signature:    /s/ Roger A. Mills

Roger A. Mills

Debtor

# United States Bankruptcy Court
## Northern District of Florida

In re **Roger A. Mills**                                                      **Case No.**

**Chapter** 13

## HOUSEHOLD GOODS SHEET
### North Carolina Property

| Living Room - Value of Each Item | | | | | | |
|---|---|---|---|---|---|---|
| Desc. of Prop. | 1 | 2 | 3 | 4 | 5 | Total Value |
| Couch(es) | $100.00 | $30.00 | | | | $130.00 |
| Bookcase(s) | | | | | | $0.00 |
| Desk(s) | | | | | | $0.00 |
| Chair(s) | | | | | | $0.00 |
| Table(s) | $10.00 | $10.00 | $20.00 | | | $40.00 |
| Lamp(s) | $5.00 | $5.00 | | | | $10.00 |
| Other: | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | **TOTAL** | **$180.00** |

| Dining Room - Value of Each Item | | | | | | |
|---|---|---|---|---|---|---|
| Desc. of Prop. | 1 | 2 | 3 | 4 | 5 | Total Value |
| Table(s) | $20.00 | | | | | $20.00 |
| Chair(s) | $5.00 | $5.00 | $5.00 | $5.00 | | $20.00 |
| Lamp(s) | | | | | | $0.00 |
| China Closet(s) | | | | | | $0.00 |
| China | | | | | | $0.00 |
| Silverware | | | | | | $0.00 |
| Pictures | | | | | | $0.00 |
| Bar Stools | $10.00 | $10.00 | | | | $20.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | **TOTAL** | **$60.00** |

| Bedrooms - Value of Each Item | | | | | | |
|---|---|---|---|---|---|---|
| Desc. of Prop. | 1 | 2 | 3 | 4 | 5 | Total Value |
| Bed(s) | $20.00 | $25.00 | $10.00 | | | $55.00 |
| Chair(s) | | | | | | $0.00 |
| Dresser(s) | | | | | | $0.00 |
| Chest(s) of Drawers | $25.00 | $15.00 | $10.00 | | | $50.00 |
| Desk(s) | | $15.00 | | | | $15.00 |
| Mirror(s) | $5.00 | | | | | $5.00 |
| Lamp(s) | $5.00 | $5.00 | | | | $10.00 |
| Vanity(s) | | | | | | $0.00 |
| Night Stands | $10.00 | | | $5.00 | | $15.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | TOTAL | $150.00 |

| Kitchen - Value of Each Item | | | | | | |
|---|---|---|---|---|---|---|
| Desc. of Prop. | 1 | 2 | 3 | 4 | 5 | Total Value |
| Table(s) | $40.00 | | | | | $40.00 |
| Chair(s) | $5.00 | | | | | $5.00 |
| Microwave(s) | $50.00 | | | | | $50.00 |
| Refrigerator(s) | $150.00 | | | | | $150.00 |
| Deep Freezer(s) | | | | | | $0.00 |
| Dishwasher | | | | | | $0.00 |
| Washing Machine(s) | $30.00 | | | | | $30.00 |
| Dryer(s) | $30.00 | | | | | $30.00 |
| Stove(s) | $50.00 | | | | | $50.00 |
| Dishes | $20.00 | | | | | $20.00 |
| Cookware | $20.00 | | | | | $20.00 |
| Other: | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | TOTAL | $395.00 |

## Other Rooms (Hallways, Bathrooms, Garage, Attic, Basement, Shed etc.)
### Value of Each Item

| Desc. of Prop. | 1 | 2 | 3 | 4 | 5 | Total Value |
|---|---|---|---|---|---|---|
| Desk(s) | | | | | | $0.00 |
| Chair(s) | $20.00 | $10.00 | | | | $30.00 |
| Game Table(s) | | | | | | $0.00 |
| Sewing Machine(s) | | | | | | $0.00 |
| Vac. Cleaner(s) | $10.00 | | | | | $10.00 |
| Iron(s) | | | | | | $0.00 |
| Air Conditioner(s) | | | | | | $0.00 |
| Tool(s) | $250.00 | | | | | $250.00 |
| Power Tool(s) | $100.00 | | | | | $100.00 |
| Lawn Mower(s) | | | | | | $0.00 |
| bookcase | $15.00 | | | | | $15.00 |
| Bench | $25.00 | | | | | $25.00 |
| Riding mower | $250.00 | | | | | $250.00 |
| Freezer stand up | $30.00 | | | | | $30.00 |
| Drill press | $20.00 | | | | | $20.00 |
| | | | | | | $0.00 |
| | | | | | TOTAL | $730.00 |

| VALUE OF  HOUSEHOLD GOODS | $1,515.00 |
|---|---|

## Electronics-Value of Each Item

| Desc. of Property | 1 | 2 | 3 | 4 | 5 | Total Value |
|---|---|---|---|---|---|---|
| Television | $50.00 | $40.00 | | | | $90.00 |
| Stereo | $25.00 | | | | | $25.00 |
| Radio | $5.00 | | | | | $5.00 |
| VCR/DVD | $10.00 | | | | | $10.00 |
| Computer | | | | | | $0.00 |
| Camera | | | | | | $0.00 |
| Cell Phones | | | | | | $0.00 |
| Tablets, etc. | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | TOTAL | $130.00 |

Date:  2/7/19          Signature:  /s/ Roger A. Mills

Roger A. Mills

Debtor

| Fill in this information to identify your case: | |
|---|---|

| Debtor 1 | **Roger Allen Mills** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF FLORIDA | | |
| Case number | 18-50307 | | |
| (if known) | | | |

■ Check if this is an amended filing

## Official Form 106C
# Schedule C: The Property You Claim as Exempt                4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

| Part 1: | Identify the Property You Claim as Exempt |
|---|---|

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ■ You are claiming state and federal nonbankruptcy exemptions.   11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.   11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **2010 Dodge Ram 1500 137500 miles NADA Average Value**<br>**Truck was substantially damaged in the hurricane and value includes present damaged condition plus $5,600 of insurance proceeds which are being utilized for repairs, including substantial body damage.**<br>Line from *Schedule A/B*: **3.1** | $3,700.00 | ■ $1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Fla. Stat. Ann. § 222.25(1)** |
| **2010 Dodge Ram 1500 137500 miles NADA Average Value**<br>**Truck was substantially damaged in the hurricane and value includes present damaged condition plus $5,600 of insurance proceeds which are being utilized for repairs, including substantial body damage.**<br>Line from *Schedule A/B*: **3.1** | $3,700.00 | ■ $2,700.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Fla. Stat. Ann. § 222.25(4)** |
| **Household Goods and Furnishings: see attachment**<br>Line from *Schedule A/B*: **6.1** | $795.00 | ■ $30.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Fla. Stat. Ann. § 222.25(4)** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor 1 | **Roger Allen Mills** | | Case number (if known) | **18-50307** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Household Goods and furnishings in NC property**<br>Line from *Schedule A/B*: **6.2** | $1,515.00 | ■ $515.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Fla. Stat. Ann. § 222.25(4) |
| **Household Goods and furnishings in NC property**<br>Line from *Schedule A/B*: **6.2** | $1,515.00 | ■ $1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Fla. Const. art. X, § 4(a)(2) |
| **Electronics: see attachment**<br>Line from *Schedule A/B*: **7.1** | $250.00 | ■ $250.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Fla. Stat. Ann. § 222.25(4) |
| **Electronics in NC Property**<br>Line from *Schedule A/B*: **7.2** | $130.00 | ■ $130.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Fla. Stat. Ann. § 222.25(4) |
| **Fishing Poles and reels, bicycle**<br>Line from *Schedule A/B*: **9.1** | $275.00 | ■ $275.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Fla. Stat. Ann. § 222.25(4) |
| **Debtor's clothing**<br>Line from *Schedule A/B*: **11.1** | $100.00 | ■ $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Fla. Stat. Ann. § 222.25(4) |
| **Checking: Hancock Bank xxxx8969**<br>Line from *Schedule A/B*: **17.1** | $2,205.84 | ■ $2,205.84<br>☐ 100% of fair market value, up to any applicable statutory limit | Fla. Stat. Ann. § 222.11(2)(c) |
| **GE Retirement Savings Plan adminsterred by Fidelity Investment**<br>Line from *Schedule A/B*: **21.1** | $272,237.32 | ■ 100%<br>☐ 100% of fair market value, up to any applicable statutory limit | Fla. Stat. Ann. § 222.21(2) |

3. **Are you claiming a homestead exemption of more than $160,375?**
(Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

■ No

☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

    ☐ No

    ☐ Yes

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Roger Allen Mills** |
| | First Name     Middle Name     Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name     Middle Name     Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF FLORIDA |
| Case number | **18-50307** |
| (if known) | |

■ Check if this is an amended filing

## Official Form 106D
## Schedule D: Creditors Who Have Claims Secured by Property                           12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:    List All Secured Claims**

| | | | Column A | Column B | Column C |
|---|---|---|---|---|---|
| **2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name. | | | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** | **Unsecured portion** If any |
| **2.1** **Chase Mortgage** Creditor's Name | Describe the property that secures the claim: | | $123,089.00 | $110,710.00 | $13,041.00 |

**2.1** **Chase Mortgage**
Creditor's Name

**Attn: Case Research & Bankruptcy**
**PO Box 24696**
**Columbus, OH 43224**
Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Describe the property that secures the claim:

**11 Blackhawk Circle Murphy, NC 28906  Cherokee County Value listed is from property appraiser.  Property is damaged due to sitting vacant for extended period of time and requires approximately $20,000 in repairs.**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Opened 08/06  Last Active 8/01/18**

Date debt was incurred            Last 4 digits of account number    **6323**

| **2.2** **Harley Davidson Financial** Creditor's Name | Describe the property that secures the claim: | | $14,444.00 | $20,200.00 | $0.00 |
|---|---|---|---|---|---|

**2.2** **Harley Davidson Financial**
Creditor's Name

**Attn: Bankruptcy**
**PO Box 22048**
**Carson City, NV 89721**
Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

Describe the property that secures the claim:

**2014 Harley Davidson Triglide Ultra Classic**
**Low retail value**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor 1 | **Roger Allen Mills** | | | Case number (if known) | **18-50307** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

| Date debt was incurred | **Opened 05/14  Last Active 08/18** | Last 4 digits of account number | **2500** |
|---|---|---|---|

---

| 2.3 | **Pacific Union Financial** | Describe the property that secures the claim: | **$270,217.00** | **$208,740.00** | **$61,477.00** |
|---|---|---|---|---|---|

Creditor's Name

**4021 Osprey Point Panama City, FL 32409  Bay County Property was substantially damaged by Hurricane Michael in the estimated amount of $100,000.00; insurance company has provided a check for $98,000 issued to debtor and lender, which check**

**Attn: Bankruptcy**
**1603 LBJ Freeway, Suite 500**
**Farmers Branch, TX 75234**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Nature of lien.** Check all that apply.

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

| Date debt was incurred | **Opened 01/15  Last Active 5/31/17** | Last 4 digits of account number | **8577** |
|---|---|---|---|

---

| 2.4 | **Wyndham Vacation Ownership** | Describe the property that secures the claim: | **$14,035.00** | **Unknown** | **Unknown** |
|---|---|---|---|---|---|

Creditor's Name

**Wyndham Vacation Timeshare**

**Attn: Bankruptcy**
**PO Box 98940**
**Las Vegas, NV 89193**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1  **Roger Allen Mills**

First Name    Middle Name    Last Name

Case number (if known)  **18-50307**

**Opened
12/22/09
Last Active**

Date debt was incurred  **02/18**

Last 4 digits of account number  **2347**

| | |
|---|---|
| Add the dollar value of your entries in Column A on this page. Write that number here: | **$421,785.00** |
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | **$421,785.00** |

**Part 2:   List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

☐ Name, Number, Street, City, State & Zip Code
**Pinnacle
PO Box 130848
Carlsbad, CA 92013**

On which line in Part 1 did you enter the creditor?  **2.4**

Last 4 digits of account number  ___

☐ Name, Number, Street, City, State & Zip Code
**Wyndham Vacation Ownership, Inc.
10750 W. Charleston Blvd.
Las Vegas, NV 89135**

On which line in Part 1 did you enter the creditor?  **2.4**

Last 4 digits of account number  ___

Official Form 106D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 3 of 3

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Roger Allen Mills** |
| | First Name      Middle Name      Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name      Middle Name      Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF FLORIDA |
| Case number (if known) | 18-50307 |

■ Check if this is an amended filing

Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1:    List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**

   ■ No. Go to Part 2.

   ☐ Yes.

### Part 2:    List All of Your NONPRIORITY Unsecured Claims

3. **Do any creditors have nonpriority unsecured claims against you?**

   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

   ■ Yes.

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| | | Total claim |
|---|---|---|
| 4.1 | **American Express** | |

| | | | |
|---|---|---|---|
| **American Express** | Last 4 digits of account number | 2833 | **$11,337.00** |
| Nonpriority Creditor's Name | | | |
| **Correspondence/Bankruptcy** | When was the debt incurred? | **Opened 06/05 Last Active 8/02/18** | |
| **PO Box 981540** | | | |
| **El Paso, TX 79998** | | | |
| Number Street City State Zip Code | | | |
| **Who incurred the debt?** Check one. | As of the date you file, the claim is: Check all that apply | | |

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Credit Card**

| Debtor 1 | **Roger Allen Mills** | | Case number (if known) | **18-50307** |
|---|---|---|---|---|

---

| 4.2 | **Barclays Bank Delaware** | Last 4 digits of account number | **8027** | **$11,105.00** |

Nonpriority Creditor's Name
**Attn: Correspondence**
**PO Box 8801**
**Wilmington, DE 19899**
Number Street City State Zip Code

**Attn: Correspondence**

When was the debt incurred?    **Opened 12/09  Last Active 03/18**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a community debt**

□ Contingent
□ Unliquidated
□ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
□ Yes

■ Other. Specify   **Credit Card**

---

| 4.3 | **Capital One** | Last 4 digits of account number | **4616** | **$8,152.00** |

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**PO Box 30285**
**Salt Lake City, UT 84130**
Number Street City State Zip Code

When was the debt incurred?    **Opened 03/00  Last Active 06/15**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a community debt**

□ Contingent
□ Unliquidated
□ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
□ Yes

■ Other. Specify   **Credit Card**

---

| 4.4 | **Jerry Wilson's Roofing, LLC** | Last 4 digits of account number | | **$3,000.00** |

Nonpriority Creditor's Name
**1705 Alabama Ave.**
**Lynn Haven, FL 32444**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a community debt**

□ Contingent
□ Unliquidated
□ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
□ Yes

■ Other. Specify   **Roof repairs**

---

| Debtor 1 | **Roger Allen Mills** | | Case number (if known) | **18-50307** |
|---|---|---|---|---|

---

| 4.5 | **Synchrony Bank/Care Credit** | | Last 4 digits of account number | **6886** | **$1,232.00** |

Nonpriority Creditor's Name
**Attn: Bankruptcy Dept
PO Box 965061
Orlando, FL 32896**
Number Street City State Zip Code

**When was the debt incurred?**    **Opened 11/11 Last Active 8/09/18**

**Who incurred the debt? Check one.**

**As of the date you file, the claim is:** Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Charge Account**

---

| 4.6 | **US Bank/RMS CC** | | Last 4 digits of account number | **7677** | **$17,140.00** |

Nonpriority Creditor's Name
**Attn: Bankruptcy
PO Box 5229
Cincinnati, OH 45201**
Number Street City State Zip Code

**When was the debt incurred?**    **Opened 09/14 Last Active 05/18**

**Who incurred the debt? Check one.**

**As of the date you file, the claim is:** Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Credit Card**

---

**Part 3:**   **List Others to Be Notified About a Debt That You Already Listed**

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

Name and Address
**American Express
PO Box 297871
Fort Lauderdale, FL 33329**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.1** of (Check one):
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

Name and Address
**Barclays Bank Delaware
PO Box 8803
Wilmington, DE 19899**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.2** of (Check one):
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

Name and Address
**Capital One Bank
15000 Capital One Drive
Richmond, VA 23238**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.3** of (Check one):
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

Name and Address
**Pollack & Rosen, P.A.
806 Douglas Rd.
South Tower, Suite 200**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.3** of (Check one):
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ■ Part 2: Creditors with Nonpriority Unsecured Claims

| Debtor 1 | **Roger Allen Mills** | | Case number (if known) | **18-50307** |
|---|---|---|---|---|

**Coral Gables, FL 33134**

| | Last 4 digits of account number | |
|---|---|---|

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Synchrony Bank/Care Credit**<br>**950 Forer Blvd.**<br>**Kettering, OH 45420** | Line **4.5** of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **US Bank**<br>**4325 17th Ave. S**<br>**Fargo, ND 58125** | Line **4.6** of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Part 4: | Add the Amounts for Each Type of Unsecured Claim |
|---|---|

6.  **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.**

| | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $ 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ 0.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ 0.00 |

| | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ 0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ 51,966.00 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ 51,966.00 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Roger Allen Mills** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF FLORIDA | | |
| Case number | 18-50307 | | |
| (if known) | | | |

■ Check if this is an
amended filing

<u>Official Form 106G</u>
## Schedule G: Executory Contracts and Unexpired Leases                                                12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).**

1. **Do you have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.1 **Wyndham Vacation Ownership, Inc.**<br>**10750 W. Charleston Blvd.**<br>**Las Vegas, NV 89135** | **Timeshare contract** |

# United States Bankruptcy Court
## Northern District of Florida

In re   **Roger Allen Mills**                          Case No.   **18-50307**
                                 Debtor(s)            Chapter     **7**

## AMENDED
## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

        I declare under penalty of perjury that I have read the foregoing Schedules A/B, C, D, E, F & G, consisting of  **23**  page(s), and that they are true and correct to the best of my knowledge, information, and belief.

Date   **February 12, 2019**                 Signature   **/s/ Roger Allen Mills**
                                                          **Roger Allen Mills**
                                                          Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.