UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**IN RE:**
**MILLS, ROGER ALLEN**                                  **CASE NO. 18-50307-KKS**
                                                                                      **CHAPTER 7**
        **Debtor(s).**
_____/

## APPLICATION BY TRUSTEE TO EMPLOY AND APPOINT AUCTIONEER AND/OR AGENT TO APRAISE AND/OR TO SELL

Mary W. Colon ("Trustee"), Trustee of the bankruptcy estate of the above-named debtor(s), pursuant to Rule 2014, FRBP, applies to the Court for entry of an order approving Application by Trustee to Employ and Appoint Auctioneer and/or Agent to Appraise and/or to Sell appointing Northwest Florida Auction Group, Inc., 1319 Lewis Turner Blvd., Ft. Walton Beach, Florida 32547 as auctioneer and/or agent for the Trustee to appraise and/or to sell the personal property of the Estate, to incur expenses in connection with the appraisal and/or sale of such personal property and states:

    1.    The above-named Debtor(s) filed a petition under Chapter 7 of the Bankruptcy Code and Applicant has been appointed Trustee of the debtor's estate.

2. The assets of the estate include non-exempt real and personal property.

3. Property of the above referenced debtor'(s) estate includes a 2014 Harley Davidson, and boat with motor and trailer.

4. It is necessary to employ an auctioneer/agent to appraise and/or to sell to determine the market value of the property and make arrangements for sale.

5. Northwest Florida Auction Group, Inc. has agreed to appraise the property for a flat fee of $350.00.

6. Should Debtor(s) turnover any or all of the property to Trustee, Northwest Florida Auction Group, Inc. has agreed to liquidate the property for the fee of 20% plus costs. Northwest Florida Auction Group, Inc. has provided this office with a copy of proof of bonding with Whitney Insurance Company in the amount specified by the U.S. Trustee's Office.

7. It is in the best interest of the estate to employ Northwest Florida Auction Group, Inc. to appraise and/or auction under the terms and conditions as set forth herein.

8. Northwest Florida Auction Group, Inc. is disinterested, having no interest adverse to the Trustee or to the bankruptcy estate.

9. The auctioneer is bonded in an appropriate amount and:

   a. Has posted a blanket bond in the amount of $100,000.00;

   b. The blanket fiduciary and faithful performance bond or surety bond was issued by a surety company approved by the Department of the Treasury;

   c. The amount of the bond is not less than the maximum expected proceeds of any proposed auction or combination of auctions;

   d. The bond is in favor of the United States of America;

   e. The original bond has been forwarded to the United States Trustee;

   f. True copies of the appropriate licenses and bonds are attached to the Affidavit attached hereto as Exhibit "A".

10. Should an appraisal be requested by the Trustee, the appraisal fee of $350.00 will be paid to Northwest Florida Auction Group, Inc. by Trustee without further

order of the Court upon receipt of the appraisal.

11. Should the property go for sale or to auction the auctioneer's fees and expenses will be paid by the Trustee without further order of this Court upon receipt of the auction proceeds from Northwest Florida Auction Group, Inc.

WHEREFORE, the Trustee prays that she be authorized to employ Northwest Florida Auction Group, Inc. to appraise and liquidate the property of the Debtor(s), and that she be authorized to pay Northwest Florida Auction Group, Inc. upon completion of the auction pursuant to the terms set forth herein and for such other and for such further relief as this Court deems proper.

Dated this May 13, 2019.

/s/ Mary W. Colon
MARY W. COLON
Chapter 7 Trustee
Smith, Thompson, Shaw, et al
P.O. Box 14596
Tallahassee, FL 32317
Phone: (850) 241-0144
Florida Bar No. 0184012
trustee@marycolon.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. mail with postage prepaid to Roger Allen Mills, 4021 Osprey Point, Panama City, FL 32409; Teresa M. Dorr, Zalkin Revell, P L L C, 2441 US Highway 98, Suite 109, Santa Rosa Beach, FL 32459; and by electronic mail to Northwest Florida Auction Group, Inc. at brian@nwflauctiongroup.com this March 13, 2019.

/s/ Mary W. Colon
MARY W. COLON

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

IN RE:
MILLS, ROGER ALLEN       CASE NO. 18-50307-KKS
                                      CHAPTER 7
    Debtor(s).
_____/

## AFFIDAVIT

I BRIAN C. SPARLING, the undersigned, hereby state the following under penalty of perjury, 18 U.S.C. §1001, as a condition of my employment as Auctioneer and/or Seller's Agent for the Trustee:

1.   I am a Licensed Auctioneer (AU4038*AB2875), with offices at 1319 Lewis Turner Boulevard, Fort Walton Beach, Florida 32547, email brian@NWFLAuctionGroup.com.

2.   Brian C. Sparling is qualified to perform appraise and/or sell the non-exempt personal property of the Estate under the terms of the Application to Appoint and Employ Auctioneer and/or Agent to Sell, and does not have any adverse interest to the Trustee or the bankruptcy estate cited in the application.

3.   I have had no contacts or business dealings with the Debtor or with any officers of the Debtor. I have and have had prior professional dealings with Mary W. Colon, Trustee, as an

auctioneer/seller's agent in other Chapter 7 cases in which she was appointed as trustee. To the best of my knowledge, I have no other connections with any creditors, parties in interest or the U.S. Trustee which would be adverse to the Debtor(s) or to this Estate in the matters upon which we are to be engaged for the Trustee.

4. A true copy of my license(s) and bond(s) are attached hereto as Exhibit "A".

Dated this March 11, 2019.

_____
Brian C. Sparling, Owner / Broker
Northwest Florida Auction Group, Inc.

STATE OF FLORIDA
COUNTY OF OKALOOSA

Sworn to and subscribed before me this 11th day of March, 2019, by Brian C. Sparling, who is personally known to me and who did take an oath.



MARIE L. FRANGIONI
Commission # FF 907302
Expires December 5, 2019
Bonded Thru Troy Fain Insurance 800-385-7019

_____
Notary Public State of Florida

[seal]

# STATE OF FLORIDA
## DEPARTMENT OF BUSINESS AND PROFESSIONAL REGULATION

FLORIDA BOARD OF AUCTIONEERS   (850) 487-1395
2601 BLAIR STONE ROAD
TALLAHASSEE    FL 32399-0783

NORTHWEST FLORIDA AUCTION GROUP, INC.
1319 LEWIS TURNER BLVD
FORT WALTON BEACH    FL 32547

Congratulations! With this license you become one of the nearly one million Floridians licensed by the Department of Business and Professional Regulation. Our professionals and businesses range from architects to yacht brokers, from boxers to barbeque restaurants, and they keep Florida's economy strong.

Every day we work to improve the way we do business in order to serve you better. For information about our services, please log onto www.myfloridalicense.com. There you can find more information about our divisions and the regulations that impact you, subscribe to department newsletters and learn more about the Department's initiatives.

Our mission at the Department is: License Efficiently, Regulate Fairly. We constantly strive to serve you better so that you can serve your customers. Thank you for doing business in Florida, and congratulations on your new license!



STATE OF FLORIDA
DEPARTMENT OF BUSINESS AND
PROFESSIONAL REGULATION

AB2875           ISSUED: 10/19/2017

AUCTION BUSINESS
NORTHWEST FLORIDA AUCTION GROUP, INC.

IS LICENSED under the provisions of Ch.468 FS.
Expiration date : NOV 30, 2019           L1710190002740

---

DETACH HERE

RICK SCOTT, GOVERNOR                                   JONATHAN ZACHEM, SECRETARY

**STATE OF FLORIDA**
**DEPARTMENT OF BUSINESS AND PROFESSIONAL REGULATION**
**FLORIDA BOARD OF AUCTIONEERS**

LICENSE NUMBER
AB2875

The AUCTION BUSINESS
Named below IS LICENSED
Under the provisions of Chapter 468 FS.
Expiration date: NOV 30, 2019

NORTHWEST FLORIDA AUCTION GROUP, INC.
1319 LEWIS TURNER BLVD
OKALOOSA    FL 32547





ISSUED: 10/19/2017        DISPLAY AS REQUIRED BY LAW        SEQ # L1710190002740

EXHIBIT "A"

**STATE OF FLORIDA**
**DEPARTMENT OF BUSINESS AND PROFESSIONAL REGULATION**

FLORIDA BOARD OF AUCTIONEERS (850) 487-1395
2601 BLAIR STONE ROAD
TALLAHASSEE    FL 32399-0783

SPARLING, BRIAN CHRISTOPHER
1319 LEWIS TURNER BLVD
FORT WALTON BEACH    FL 32547

Congratulations! With this license you become one of the nearly one million Floridians licensed by the Department of Business and Professional Regulation. Our professionals and businesses range from architects to yacht brokers, from boxers to barbeque restaurants, and they keep Florida's economy strong.

Every day we work to improve the way we do business in order to serve you better. For information about our services, please log onto www.myfloridalicense.com. There you can find more information about our divisions and the regulations that impact you, subscribe to department newsletters and learn more about the Department's initiatives.

Our mission at the Department is: License Efficiently, Regulate Fairly. We constantly strive to serve you better so that you can serve your customers. Thank you for doing business in Florida, and congratulations on your new license!

STATE OF FLORIDA
DEPARTMENT OF BUSINESS AND
PROFESSIONAL REGULATION

AU4038    ISSUED: 10/19/2017

AUCTIONEER
SPARLING, BRIAN CHRISTOPHER

IS LICENSED under the provisions of Ch.468 FS.
Expiration date : NOV 30, 2019    L1710190002720

DETACH HERE

RICK SCOTT, GOVERNOR                JONATHAN ZACHEM, SECRETARY

**STATE OF FLORIDA**
**DEPARTMENT OF BUSINESS AND PROFESSIONAL REGULATION**
**FLORIDA BOARD OF AUCTIONEERS**

| LICENSE NUMBER | |
|---|---|
| AU4038 | |

The AUCTIONEER
Named below IS LICENSED
Under the provisions of Chapter 468 FS.
Expiration date: NOV 30, 2019

SPARLING, BRIAN CHRISTOPHER
1319 LEWIS TURNER BLVD
FORT WALTON BEACH    FL 32547



ISSUED: 10/19/2017    DISPLAY AS REQUIRED BY LAW    SEQ # L1710190002720

## LSM0460540 BRIAN C SPARLING

**Bond** | **Billing Information** | **Endorsements**

### Principal Information

| | |
|---|---|
| Principal Name & Address: | *BRIAN C SPARLING*<br>1319 LEWIS TURNER BLVD<br>FORT WALTON BEACH, FL 32547 |

### Obligee Information

| | |
|---|---|
| Obligee Name & Address: | *FL DEPT. OF PROFESSIONAL REGULATION PROFESSIONS DIV. 1940 NORTH MONROE STREET*<br>TALLAHASSEE, FL 32399 |

### Bond Information

| | |
|---|---|
| Bond Number: | LSM0460540 |
| Bond Amount: | $100,000.00 |
| Bond Description: | US BANKRUPTCY AUCTIONEER |
| Effective Date: | 10/01/2018 |
| Expiration Date: | 10/01/2019 |
| Gross Written Premium: | $750.00 |
| Office: | SURETY BONDS - FLORIDA (TEXAS) (FLS01-SBP-00001) |
| Product: | SURETY BONDS (FLS01-SBP) |
| Billing Type: | Agency Billed |
| Company: | RLI Insurance Company |
| Underwriter: | Shambaugh, Michael Terry |

### Renewal Information

| | |
|---|---|
| Renewal Name: | BRIAN C SPARLING |
| Renewal Type: | CONTINUOUS UNTIL CANCELLED |
| Renewal Status: | Not Processed |
| Renewal Years: | 1 |
| Cancel Days: | 30 |

### Producer Information

| | |
|---|---|
| Agency Name & Address: | *North Florida Agents Network (67724)*<br>2609 Farragut Way<br>Tallahassee, FL 32312 |
| Phone: | 6816326 |
| Fax: | |
| Sub Producer: | North Florida Agents Network (99999) |