UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

IN RE:
MILLS, ROGER ALLEN                         CASE NO. 18-50307-KKS
                                           CHAPTER 7
         Debtor(s).
_____/

## REPORT AND NOTICE OF TRUSTEE'S
## INTENTION TO ABANDON PROPERTY OF THE ESTATE

**TO:** Debtor(s), Creditors, and Parties in Interest

### NOTICE OF OPPORTUNITY TO
### OBJECT AND REQUEST FOR HEARING

Pursuant to Local Rule 2002-2, the Court will consider the relief requested in this paper without further notice or hearing unless a party in interest files a response within twenty-one (21) days from the date set forth on the proof of service plus an additional three days for service if any party was served by U.S. Mail, or such other period as may be specified in Fed. R. Bankr.P. 9006(f).

If you object to the relief requested in this paper, you must file an objection or response electronically with the Clerk of the Court or by mail at 110 E. Park Avenue, Suite 100, Tallahassee, FL 32301, and serve a copy on the Trustee, Mary W. Colón, Trustee, P. O. Box 14596, Tallahassee, FL 32317, and any other appropriate person within the time allowed. If you file and serve a response within the time permitted, the Court will either schedule and notify you of a hearing or consider the response and grant or deny the relief requested without a hearing.

If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief request in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

NOTICE IS HEREBY GIVEN that the trustee/debtor-in-possession intends to abandon the following property(ies) of the estate:

1. <u>Property Description</u>:    Wyndham Vacation

   <u>Lienholder(s) Name</u>
   <u>& Address</u>:    Wyndham Vacation Ownership
   Attn: Bankruptcy
   PO Box 98940
   Las vegas, NV 89193

   <u>Amount of Secured Claim</u>:    $14,035.00

   <u>Fair Market Value</u>:    $0.00

Said property(ise) is/are being abandoned for the following reasons:

1) The secured creditors hold a valid, perfected security interest on the property and the balance due exceeds the fair market value of the property, or

2) The property(ies) are worthless and unsaleable, or

3) The cost of preservation and cost of sale of the property(ies) is greater than the price which could be realized from liquidation of same.

NOTICE IS HEREBY GIVEN that all objections to the proposed abandonment must state the basis for the objection and shall include a request for hearing if one is desired. If no objections are filed, the abandonment shall be deemed to be final.

DATED: <u>April 18, 2019</u>    /s/ Mary W. Colón
　　　　　　　　　　　　　　　　Mary W. Colón
　　　　　　　　　　　　　　　　Chapter 7 Trustee
　　　　　　　　　　　　　　　　Smith, Thompson, Shaw, et al
　　　　　　　　　　　　　　　　P.O. Box 14596

Tallahassee, FL 32317
Florida Bar No. 0184012
Telephone: (850) 241-0144
Facsimile: (850) 702-0735
trustee@marycolon.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** THAT A TRUE AND CORRECT COPY OF THE FOREGOING Notice of Report and Notice of Trustee's Intention to Abandon Property of the Estate has been furnished by U.S. Mail with postage prepaid to all persons on the Court's mailing matrix by BK Attorney Services, LLC d/b/a certificateofservice.com on April 18, 2019.

/s/ Mary W. Colón
Mary W. Colón

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

| | |
|---|---|
| IN RE: MILLS, ROGER ALLEN | CASE NO: 18-50307-KKS<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 7 |

On 4/18/2019, I did cause a copy of the following documents, described below,

NOTICE OF INTENT TO SELL PROPERTY OF THE ESTATE

REPORT AND NOTICE OF INTENTION TO ABANDON PROPERTY OF THE ESTATE

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 4/18/2019

/s/ Mary W. Colon, Trustee
Mary W. Colon, Trustee  0184012

P. O. Box 14596
Tallahassee, FL  32317
850 241 0144

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

| IN RE: MILLS, ROGER ALLEN | CASE NO: 18-50307-KKS |
|---|---|
| | **CERTIFICATE OF SERVICE DECLARATION OF MAILING** |
| | Chapter: 7 |

On 4/18/2019, a copy of the following documents, described below,

NOTICE OF INTENT TO SELL PROPERTY OF THE ESTATE

REPORT AND NOTICE OF INTENTION TO ABANDON PROPERTY OF THE ESTATE

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 4/18/2019

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Mary W. Colon, Trustee

P. O. Box 14596
Tallahassee, FL 32317

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

CASE INFO
  LABEL MATRIX FOR LOCAL NOTICING
11295
CASE 18-50307-KKS
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY
THU APR 18 14-59-21 EDT 2019

JPMORGAN CHASE BANK NATIONAL
ASSOCIATION
CO STEVEN GERALD POWROZEK
SHAPIRO FISHMAN  GACHE LLP
4630 WOODLAND CORPORATE BLVD STE 100
TAMPA FL 33614-2429

NATIONSTAR MORTGAGE LLC DBA MR COOPER
ROBERTSON ANSCHUTZ  SCHNEID PL
6409 CONGRESS AVENUE SUITE 100
BOCA RATON FL 33487-2853

NORTHWEST FLORIDA AUCTION GROUP INC
1319 LEWIS TURNER BLVD
FT WALTON BEACH FL 32547-1137

PACIFIC UNION FINANCIAL LLC
EXL LEGAL PLLC
12425 28TH STREET NORTH
SUITE 200
ST PETERSBURG FL 33716-1826

PACIFIC UNION FINANCIAL LLC
CO ALEJANDRO MARTINEZMALDONADO
EXL LEGAL PLLC
12425 28TH ST SUITE 200
ST PETERSBURG FL 33716-1826

TERESA M DORR ESQ
ZALKIN REVELL PLLC
2441 US HIGHWAY 98W
SUITE 109
SANTA ROSA BEACH FL 32459-5386

AMERICAN EXPRESS
CORRESPONDENCEBANKRUPTCY
PO BOX 981540
EL PASO TX 79998-1540

AMERICAN EXPRESS
PO BOX 297871
FORT LAUDERDALE FL 33329-7871

AMERICAN EXPRESS NATIONAL BANK
CO BECKET AND LEE LLP
PO BOX 3001
MALVERN PA 19355-0701

BARCLAYS BANK DELAWARE
ATTN CORRESPONDENCE
PO BOX 8801
WILMINGTON DE 19899-8801

BARCLAYS BANK DELAWARE
PO BOX 8803
WILMINGTON DE 19899-8803

CAPITAL ONE
ATTN BANKRUPTCY
PO BOX 30285
SALT LAKE CITY UT 84130-0285

CAPITAL ONE
PO BOX 30285
SALT LAKE CITY UT 84130-0285

CAPITAL ONE BANK USA NA
PO BOX 71083
CHARLOTTE NC 28272-1083

CHASE MORTGAGE
ATTN CASE RESEARCH  BANKRUPTCY
PO BOX 24696
COLUMBUS OH 43224-0696

HARLEY DAVIDSON FINANCIAL
ATTN BANKRUPTCY
PO BOX 22048
CARSON CITY NV 89721-2048

HARLEY DAVIDSON CREDIT CORP
PO BOX 9013
ADDISON TX 75001-9013

JPMORGAN CHASE BANK NATIONAL
ASSOCIATION
CHASE RECORDS CENTER
ATTN- CORRESPONDENCE MAIL
MAIL CODE LA4-5555
700 KANSAS LANE
MONROE LA 71203-4774

JERRY WILSONS ROOFING LLC
1705 ALABAMA AVE
LYNN HAVEN FL 32444-4243

PACIFIC UNION FINANCIAL
ATTN BANKRUPTCY
1603 LBJ FREEWAY SUITE 500
FARMERS BRANCH TX 75234-6071

PACIFIC UNION FINANCIAL LLC
1601 LBJ FREEWAY STE 500
FARMERS BRANCH TX 75234-6034

PINNACLE
PO BOX 130848
CARLSBAD CA 92013-0848

POLLACK  ROSEN PA
806 DOUGLAS RD
SOUTH TOWER SUITE 200
CORAL GABLES FL 33134-3157

PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

SYNCHRONY BANK
CO PRA RECEIVABLES MANAGEMENT LLC
PO BOX 41021
NORFOLK VA 23541-1021

SYNCHRONY BANKCARE CREDIT
950 FORER BLVD
KETTERING OH 45420-1469

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

SYNCHRONY BANKCARE CREDIT
ATTN BANKRUPTCY DEPT
PO BOX 965061
ORLANDO FL 32896-5061

US BANK
PO BOX 5229
CINCINNATI OH 45201-5229

UNITED STATES TRUSTEE
110 E PARK AVENUE
SUITE 128
TALLAHASSEE FL 32301-7728

WYNDHAM CONSUMER FINANCE INC
P O BOX 97474
LAS VEGAS NV 89195-0001

WYNDHAM VACATION OWNERSHIP INC
10750 W CHARLESTON BLVD
LAS VEGAS NV 89135-1049

MARY W COLON
PO BOX 14596
TALLAHASSEE FL 32317-4596

NATASHA Z REVELL
ZALKIN REVELL PLLC
WATERSIDE BUSINESS CENTER
2441 US HIGHWAY 98W STE 109
SANTA ROSA BEACH FL 32459-5386

DEBTOR
ROGER ALLEN MILLS
4021 OSPREY POINT
PANAMA CITY FL 32409-2129

TERESA M DORR
ZALKIN REVELL PLLC
2441 US HIGHWAY 98 SUITE 109
SANTA ROSA BEACH FL 32459-5386