UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

IN RE:                                                        CASE NO. 18-50307-KKS
                                                                      CHAPTER 7

ROGER ALLEN MILLS,
    Debtor.
_____/

**ORDER GRANTING NATIONSTAR MORTGAGE, LLC
D/B/A MR. COOPER's MOTION FOR RELIEF FROM
AUTOMATIC STAY SERVED ON NEGATIVE NOTICE (Doc. 56)**

THIS CAUSE came before the Court on Nationstar Mortgage, LLC d/b/a Mr. Cooper's ("Secured Creditor") *Motion for Relief from Automatic Stay* (Doc. 56) filed under negative notice in accordance with Local Rule 2002-2 on April 18, 2019, and with no response or objection having been filed, the Court considers the matter unopposed, and it is

ORDERED:

1. Secured Creditor's Motion for Relief from Automatic Stay is GRANTED.

2. The automatic stay imposed by 11 U.S.C. §§ 362, 1201, and 1301, is terminated as to the Secured Creditor's interest in the following real property located at:

**4021 Osprey Pt Southport, Florida 32409 in Bay County, Florida**, and legally described as:

1

> **Lot "D", Osprey Point, as per plat thereof, recorded in Plat Book 13, Page 56, of the Public Records of Bay County, Florida.**

3. The Order Granting Relief from Stay is entered for the sole purpose of allowing Secured Creditor to exercise any and all *in rem* remedies against the property described above. Secured Creditor shall not seek an *in personam* judgment against Debtors.

4. The Secured Creditor made sufficient allegations and a request in the Motion to waive the 14-day stay requirement of Bankruptcy Rule 4001(a)(3). No objection being raised, the automatic stay shall be lifted immediately upon execution of this order.

DONE and ORDERED on  May 17, 2019  .

_____
KAREN K. SPECIE
Chief U.S. Bankruptcy Judge

Attorney, Nathalie Rodriguez, is directed to serve a copy of this order on interested parties and file a certificate of service within 3 business days of entry of the order.

Prepared By:
Nathalie Rodriguez
Attorney for Secured Creditor Robertson, Anschutz & Schneid, PL 6409 Congress Ave., Suite 100 Boca Raton, FL 33487