**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

**IN RE:**                                                  **CASE NO 18-50307-KKS**
                                                                 **Chapter:  7**
**ROGER ALLEN MILLS,**

        **DEBTOR(S).**
_____/

**NOTICE OF INTENT TO SELL PERSONAL PROPERTY**

**TO:**  Debtor(s), Creditors, and Parties in Interest

---

**NOTICE OF OPPORTUNITY TO
OBJECT AND REQUEST FOR HEARING**

   Pursuant to Local Rule 2002-2, the Court will consider the relief requested in this paper without further notice or hearing unless a party in interest files a response within twenty-one (21) days from the date set forth on the proof of service plus an additional three days for service if any party was served by U.S. Mail, or such other period as may be specified in Fed. R. Bankr.P. 9006(f).
   If you object to the relief requested in this paper, you must file an objection or response electronically with the Clerk of the Court or by mail at 110 E. Park Avenue, Suite 100, Tallahassee, FL 32301, and serve a copy on the Trustee, Mary W. Colón, Trustee, P. O. Box 14596, Tallahassee, FL 32317, and any other appropriate person within the time allowed.  If you file and serve a response within the time permitted, the Court will either schedule and notify you of a hearing or consider the response and grant or deny the relief requested without a hearing.
   If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief request in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

---

NOTICE IS HEREBY GIVEN that the trustee/debtor-in-possession intends to sell the following property of the estate of the debtor(s), under the terms and conditions set forth below.

1. Description of property:
    1989 Stratos Bass Tracker (VIN # BNZ8L171K889),
    03 Yamaha 175 hp. Motor (Vin # 1001823), Trailer
    (Vin # 1L8FADLD75A017066).

2. Manner of Sale:     Private ( X )*     Public Auction (  )


3. Terms of Sale:  (include purchaser, if known, price, price terms, whether or not sale is free and clear of liens, names and addresses of lienors, and all other pertinent information)

    a. Private sale to:        Larry Kline
       Mailing Address:        930 Pocahontas Drive
                               Fort Walton Beach, FL 32547

    b. Selling price and terms as follows:  **$5,000.00** as is in its current condition with full right of inspection, **subject to any and all liens, encumbrances, and interests**.  Purchaser is responsible for all inspection fees and sales taxes. Seller does not warrant condition.

    c. Additional Terms: Closing will take place on or before December 1, 2019.  Purchaser shall receive a Bill of Sale.  The property is sold as is where is.

       Purchase price to be paid at closing.

       At closing, Seller will pay the selling agent's fee of $1,000.00 (20%) plus $615.00 in expenses to Northwest Florida Auction Group, Inc.

    d. The proceeds from the sale shall be disbursed to the Estate.

4. **Lienors (if any):   n/a**

Based on Debtor(s)' schedules, the property is free and clear of liens, but Purchaser is buying subject to any and all liens, encumbrances, and interests.

The purchase price was/were established by review of the schedules, any additional documents and testimony provided by parties, negotiated in good faith within the principles of good business judgment with the relevant parties.

*(Applicable to private sales only)  The trustee will entertain any higher bids for the purchase of the assets of the debtor(s) which the trustee proposes to sell.  Such bids must be in excess of 10% more than the original bid and must be in writing and accompanied by a deposit of 20% of the proposed higher purchase price.  Any higher bid must be received (with the applicable deposit) by the trustee at the address listed below *no later than the close of business 15 days from the date of this Notice.*

IF NO HIGHER BIDS ARE RECEIVED TIMELY, THE SALE WILL PROCEED AS SET FORTH IN THIS NOTICE.  IF HIGHER BID(S) ARE RECEIVED TIMELY, THE TRUSTEE SHALL CONDUCT A TELEPHONIC OR IN-COURT AUCTION BETWEEN THE BIDDERS WHOSE BIDS ARE NOTICED ABOVE AND ARE RECEIVED TIMELY IN ACCORDANCE WITH THIS NOTICE.  ANY BIDDER THAT DOES NOT PARTICIPATE IN ANY AUCTION SCHEDULE IN ACCORDANCE WITH THIS NOTICE IS DISQUALIFIED.

NOTICE IS HEREBY GIVEN that all objections to the same must state the basis for the objection. If no objection is filed, the sale described above will take place.

DATED: October 28, 2019    /S/ Mary W. Colón
MARY W. COLÓN
Chapter 7 Trustee
Florida Bar no. 0184012
P. O. Box 14596
Tallahassee, FL 32317
Phone: (850) 241-0144
Facsimile: (850) 702-0735
trustee@marycolon.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** THAT A TRUE AND CORRECT COPY OF THE FOREGOING has been furnished by U.S. Mail with postage prepaid to all persons on the Court's mailing matrix by BK Attorney Services, LLC d/b/a certificateofservice.com and by Trustee by electronic mail to Northwest Florida Auction Group, Inc. at brian@nwflauctiongroup.com on October 28, 2019.

/S/ Mary W. Colón
MARY W. COLÓN

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

| | |
|---|---|
| IN RE: ROGER ALLEN MILLS | CASE NO: 18-50307-KKS<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 7 |

On 10/28/2019, I did cause a copy of the following documents, described below,

NOTICE OF INTENT TO SELL PERSONAL PROPERTY

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 10/28/2019

/s/ Mary W. Colon, Chapter 7 Trustee
Mary W. Colon, Chapter 7 Trustee

P. O. BOX 14596
TALLAHASSEE, FL  32317
850 241 0144

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

| IN RE: ROGER ALLEN MILLS | CASE NO: 18-50307-KKS |
|---|---|
| | **CERTIFICATE OF SERVICE DECLARATION OF MAILING** |
| | Chapter: 7 |

On 10/28/2019, a copy of the following documents, described below,

NOTICE OF INTENT TO SELL PERSONAL PROPERTY

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 10/28/2019

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Mary W. Colon, Chapter 7 Trustee

P. O. BOX 14596
TALLAHASSEE, FL  32317

```
PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

CASE INFO                         BK GLOBAL REAL ESTATE SERVICES        JPMORGAN CHASE BANK NATIONAL
 LABEL MATRIX FOR LOCAL NOTICING   1095 BROKEN SOUND PARKWAY SUITE 200  ASSOCIATION
11295                              BOCA RATON FL 33487-3503             CO STEVEN GERALD POWROZEK
CASE 18-50307-KKS                                                       SHAPIRO FISHMAN  GACHE LLP
NORTHERN DISTRICT OF FLORIDA                                            4630 WOODLAND CORPORATE BLVD STE 100
PANAMA CITY                                                             TAMPA FL 33614-2429
MON OCT 28 12-28-09 EDT 2019


NATIONSTAR MORTGAGE LLC DBA MR COOPER  NORTHWEST FLORIDA AUCTION GROUP INC  PACIFIC UNION FINANCIAL LLC
ROBERTSON ANSCHUTZ  SCHNEID PL         1319 LEWIS TURNER BLVD               EXL LEGAL PLLC
6409 CONGRESS AVENUE SUITE 100         FT WALTON BEACH FL 32547-1137        12425 28TH STREET NORTH
BOCA RATON FL 33487-2853                                                    SUITE 200
                                                                            ST PETERSBURG FL 33716-1826


PACIFIC UNION FINANCIAL LLC       TERESA M DORR ESQ                    AMERICAN EXPRESS
CO ALEJANDRO MARTINEZMALDONADO    ZALKIN REVELL PLLC                   CORRESPONDENCEBANKRUPTCY
EXL LEGAL PLLC                    2441 US HIGHWAY 98W                  PO BOX 981540
12425 28TH ST SUITE 200           SUITE 109                            EL PASO TX 79998-1540
ST PETERSBURG FL 33716-1826       SANTA ROSA BEACH FL 32459-5386


AMERICAN EXPRESS                  AMERICAN EXPRESS NATIONAL BANK       BARCLAYS BANK DELAWARE
PO BOX 297871                     CO BECKET AND LEE LLP                ATTN CORRESPONDENCE
FORT LAUDERDALE FL 33329-7871     PO BOX 3001                          PO BOX 8801
                                  MALVERN PA 19355-0701                WILMINGTON DE 19899-8801


BARCLAYS BANK DELAWARE            CAPITAL ONE                          CAPITAL ONE
PO BOX 8803                       ATTN BANKRUPTCY                      PO BOX 30285
WILMINGTON DE 19899-8803          PO BOX 30285                         SALT LAKE CITY UT 84130-0285
                                  SALT LAKE CITY UT 84130-0285


CAPITAL ONE BANK USA NA           CHASE MORTGAGE                       HARLEY DAVIDSON FINANCIAL
PO BOX 71083                      ATTN CASE RESEARCH  BANKRUPTCY       ATTN BANKRUPTCY
CHARLOTTE NC 28272-1083           PO BOX 24696                         PO BOX 22048
                                  COLUMBUS OH 43224-0696               CARSON CITY NV 89721-2048


HARLEY DAVIDSON CREDIT CORP       JPMORGAN CHASE BANK NATIONAL         JERRY WILSONS ROOFING LLC
PO BOX 9013                       ASSOCIATION                          1705 ALABAMA AVE
ADDISON TEXAS 75001-9013          CHASE RECORDS CENTER                 LYNN HAVEN FL 32444-4243
                                  ATTN- CORRESPONDENCE MAIL
                                  MAIL CODE LA4-5555
                                  700 KANSAS LANE
                                  MONROE LA 71203-4774


PACIFIC UNION FINANCIAL           PACIFIC UNION FINANCIAL LLC          PINNACLE
ATTN BANKRUPTCY                   1601 LBJ FREEWAY STE 500             PO BOX 130848
1603 LBJ FREEWAY SUITE 500        FARMERS BRANCH TX 75234-6034         CARLSBAD CA 92013-0848
FARMERS BRANCH TX 75234-6071


POLLACK  ROSEN PA                 PORTFOLIO RECOVERY ASSOCIATES LLC    SYNCHRONY BANK
806 DOUGLAS RD                    PO BOX 41067                         CO PRA RECEIVABLES MANAGEMENT LLC
SOUTH TOWER SUITE 200             NORFOLK VA 23541-1067                PO BOX 41021
CORAL GABLES FL 33134-3157                                             NORFOLK VA 23541-1021
```

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

SYNCHRONY BANKCARE CREDIT
950 FORER BLVD
KETTERING OH 45420-1469

SYNCHRONY BANKCARE CREDIT
ATTN BANKRUPTCY DEPT
PO BOX 965061
ORLANDO FL 32896-5061

US BANK
PO BOX 5229
CINCINNATI OH 45201-5229

UNITED STATES TRUSTEE
110 E PARK AVENUE
SUITE 128
TALLAHASSEE FL 32301-7728

WYNDHAM CONSUMER FINANCE INC
P O BOX 97474
LAS VEGAS NV 89195-0001

WYNDHAM VACATION OWNERSHIP INC
10750 W CHARLESTON BLVD
LAS VEGAS NV 89135-1049

MARY W COLON
PO BOX 14596
TALLAHASSEE FL 32317-4596

NATASHA Z REVELL
ZALKIN REVELL PLLC
WATERSIDE BUSINESS CENTER
2441 US HIGHWAY 98W STE 109
SANTA ROSA BEACH FL 32459-5386

DEBTOR
ROGER ALLEN MILLS
4021 OSPREY POINT
PANAMA CITY FL 32409-2129

TERESA M DORR
ZALKIN REVELL PLLC
2441 US HIGHWAY 98 SUITE 109
SANTA ROSA BEACH FL 32459-5386