**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

In Re:                             Case No.: 18-50307-KKS
                                      Chapter: 7

**Roger Allen Mills,**

       **DEBTOR(S).**

_____/

**<u>TRUSTEE'S REPORT AND NOTICE OF INTENTION TO
SELL PROPERTY OF THE ESTATE AT AUCTION</u>**

**TO:** Debtor(s), Creditors, and Parties in Interest

**NOTICE OF OPPORTUNITY TO
OBJECT AND REQUEST FOR HEARING**

Pursuant to Local Rule 2002-2, the Court will consider the relief requested in this paper without further notice or hearing unless a party in interest files a response within twenty-one (21) days from the date set forth on the proof of service plus an additional three days for service if any party was served by U.S. Mail, or such other period as may be specified in Fed. R. Bankr.P. 9006(f).

If you object to the relief requested in this paper, you must file an objection or response electronically with the Clerk of the Court or by mail at 110 E. Park Avenue, Suite 100, Tallahassee, FL 32301, and serve a copy on the Trustee, Mary W. Colón, Trustee, P. O. Box 14596, Tallahassee, FL 32317, and any other appropriate person within the time allowed. If you file and serve a response within the time permitted, the Court will either schedule and notify you of a hearing or consider the response and grant or deny the relief requested without a hearing.

If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief request in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

**NOTICE IS HEREBY GIVEN** that Mary W. Colón, Trustee of the bankruptcy estate of the above-named debtor(s) intends to sell the following property of the referenced bankruptcy estate under the terms and conditions set forth below:

TIME, PLACE AND DATE OF AUCTION:   **Beginning at 10:00 A.M. CENTRAL TIME on (Saturday), February 1, 2020** at the Fort Walton Beach Fairgrounds, 1958 Lewis Turner Blvd., Ft. Walton Beach, Florida 32547. (Contact Auctioneer at Toll Free 1-800-858-3869 for directions or brian@nwflauctiongroup.com.

| | |
|---|---|
| Description of Property: | Interest of Debtor in 2014 Harley Davidson Triglide Ultra Classic; lien on title $zero. |
| Manner of Sale: | Public auction by Northwest Florida Auction Group, Inc., Brian C. Sparling, Auctioneer 1319 Lewis Turner Blvd., Ft. Walton Beach, Florida **(850) 862-0914.** |
| Terms of Sale: | Cash basis only at auction; property to be sold **AS IS, WHERE IS no warranties express or implied. (unless noted by Auctioneer).  No Buyer's premium.** |

**BUYER RESPONSIBLE FOR ALL TRANSFER TAXES, SALES TAX, AND/OR FEES.**

(a) Sale To:          General Public
(b) Sale Price:      Highest bidder for cash.
(c) Lienor(s) (if any):  This sale is subject to any scheduled liens as set forth above or as otherwise noted by the Auctioneer.

If no objection is filed, the sale described above shall take place and the property sold to the highest bidder.

**RESPECTFULLY SUBMITTED** this January 6, 2020.

/s/ Mary W. Colón
MARY W. COLÓN
Chapter 7 Trustee
Florida Bar No.: 0184012
Post Office Box 14596
Tallahassee, Florida 32317
Phone: (850) 241-0144
Facsimile: (850) 702-0735
trustee@marycolon.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing has been furnished by U.S. Mail with postage prepaid to all persons on the court's mailing matrix by BK Attorney Services, LLC d/b/a certificateofservice.com on January 6, 2020.

/s/ Mary W. Colón
MARY W. COLÓN

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

| | |
|---|---|
| IN RE:  ROGER ALLEN MILLS | CASE NO: 18-50307-KKS <br> **DECLARATION OF MAILING** <br> **CERTIFICATE OF SERVICE** <br> Chapter: 7 |

On 1/6/2020, I did cause a copy of the following documents, described below,

NOTICE OF INTENT TO SELL PROPERTY OF THE ESTATE AT AUCTION

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 1/6/2020

/s/ Mary W. Colon, Chapter 7 Trustee
Mary W. Colon, Chapter 7 Trustee
Mary W. Colon, Trustee
P. O. BOX 14596
TALLAHASSEE, FL  32317
850 241 0144

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

| | |
|---|---|
| IN RE: ROGER ALLEN MILLS | CASE NO: 18-50307-KKS |
| | **CERTIFICATE OF SERVICE DECLARATION OF MAILING** |
| | Chapter: 7 |

On 1/6/2020, a copy of the following documents, described below,

NOTICE OF INTENT TO SELL PROPERTY OF THE ESTATE AT AUCTION

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 1/6/2020

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Mary W. Colon, Chapter 7 Trustee
Mary W. Colon, Trustee
P. O. BOX 14596
TALLAHASSEE, FL  32317

```
PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

CASE INFO                              BK GLOBAL REAL ESTATE SERVICES         JPMORGAN CHASE BANK NATIONAL
 LABEL MATRIX FOR LOCAL NOTICING       1095 BROKEN SOUND PARKWAY SUITE 200    ASSOCIATION
11295                                  BOCA RATON FL 33487-3503               CO STEVEN GERALD POWROZEK
CASE 18-50307-KKS                                                             SHAPIRO FISHMAN  GACHE LLP
NORTHERN DISTRICT OF FLORIDA                                                  4630 WOODLAND CORPORATE BLVD STE 100
PANAMA CITY                                                                   TAMPA FL 33614-2429
MON JAN 6 14-41-21 EST 2020



NATIONSTAR MORTGAGE LLC DBA MR COOPER  NORTHWEST FLORIDA AUCTION GROUP INC    PACIFIC UNION FINANCIAL LLC
ROBERTSON ANSCHUTZ  SCHNEID PL         1319 LEWIS TURNER BLVD                 EXL LEGAL PLLC
6409 CONGRESS AVENUE SUITE 100         FT WALTON BEACH FL 32547-1137          12425 28TH STREET NORTH
BOCA RATON FL 33487-2853                                                      SUITE 200
                                                                              ST PETERSBURG FL 33716-1826



PACIFIC UNION FINANCIAL LLC            TERESA M DORR ESQ                      AMERICAN EXPRESS
CO ALEJANDRO MARTINEZMALDONADO         ZALKIN REVELL PLLC                     CORRESPONDENCEBANKRUPTCY
EXL LEGAL PLLC                         2441 US HIGHWAY 98W                    PO BOX 981540
12425 28TH ST SUITE 200                SUITE 109                              EL PASO TX 79998-1540
ST PETERSBURG FL 33716-1826            SANTA ROSA BEACH FL 32459-5386



AMERICAN EXPRESS                       AMERICAN EXPRESS NATIONAL BANK         BARCLAYS BANK DELAWARE
PO BOX 297871                          CO BECKET AND LEE LLP                  ATTN CORRESPONDENCE
FORT LAUDERDALE FL 33329-7871          PO BOX 3001                            PO BOX 8801
                                       MALVERN PA 19355-0701                  WILMINGTON DE 19899-8801



BARCLAYS BANK DELAWARE                 CAPITAL ONE                            CAPITAL ONE
PO BOX 8803                            ATTN BANKRUPTCY                        PO BOX 30285
WILMINGTON DE 19899-8803               PO BOX 30285                           SALT LAKE CITY UT 84130-0285
                                       SALT LAKE CITY UT 84130-0285



CAPITAL ONE BANK USA NA                CHASE MORTGAGE                         HARLEY DAVIDSON FINANCIAL
PO BOX 71083                           ATTN CASE RESEARCH   BANKRUPTCY        ATTN BANKRUPTCY
CHARLOTTE NC 28272-1083                PO BOX 24696                           PO BOX 22048
                                       COLUMBUS OH 43224-0696                 CARSON CITY NV 89721-2048



HARLEY DAVIDSON CREDIT CORP            JPMORGAN CHASE BANK NATIONAL           JERRY WILSONS ROOFING LLC
PO BOX 9013                            ASSOCIATION                            1705 ALABAMA AVE
ADDISON TEXAS 75001-9013               CHASE RECORDS CENTER                   LYNN HAVEN FL 32444-4243
                                       ATTN- CORRESPONDENCE MAIL
                                       MAIL CODE LA4-5555
                                       700 KANSAS LANE
                                       MONROE LA 71203-4774



PACIFIC UNION FINANCIAL                PACIFIC UNION FINANCIAL LLC            PINNACLE
ATTN BANKRUPTCY                        1601 LBJ FREEWAY STE 500               PO BOX 130848
1603 LBJ FREEWAY SUITE 500             FARMERS BRANCH TX 75234-6034           CARLSBAD CA 92013-0848
FARMERS BRANCH TX 75234-6071



POLLACK  ROSEN PA                      PORTFOLIO RECOVERY ASSOCIATES LLC      SYNCHRONY BANK
806 DOUGLAS RD                         PO BOX 41067                           CO PRA RECEIVABLES MANAGEMENT LLC
SOUTH TOWER SUITE 200                  NORFOLK VA 23541-1067                  PO BOX 41021
CORAL GABLES FL 33134-3157                                                    NORFOLK VA 23541-1021
```

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

SYNCHRONY BANKCARE CREDIT
950 FORER BLVD
KETTERING OH 45420-1469

SYNCHRONY BANKCARE CREDIT
ATTN BANKRUPTCY DEPT
PO BOX 965061
ORLANDO FL 32896-5061

US BANK
PO BOX 5229
CINCINNATI OH 45201-5229

UNITED STATES TRUSTEE
110 E PARK AVENUE
SUITE 128
TALLAHASSEE FL 32301-7728

WYNDHAM CONSUMER FINANCE INC
P O BOX 97474
LAS VEGAS NV 89195-0001

WYNDHAM VACATION OWNERSHIP INC
10750 W CHARLESTON BLVD
LAS VEGAS NV 89135-1049

MARY W COLON
PO BOX 14596
TALLAHASSEE FL 32317-4596

NATASHA Z REVELL
ZALKIN REVELL PLLC
WATERSIDE BUSINESS CENTER
2441 US HIGHWAY 98W STE 109
SANTA ROSA BEACH FL 32459-5386

DEBTOR
ROGER ALLEN MILLS
4021 OSPREY POINT
PANAMA CITY FL 32409-2129

TERESA M DORR
ZALKIN REVELL PLLC
2441 US HIGHWAY 98 SUITE 109
SANTA ROSA BEACH FL 32459-5386