**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

In Re:                                                    Case No.: 18-50307-KKS
                                                               Chapter: 7
**Roger Allen Mills,**

      **DEBTOR(S).**
_____/

**AMENDED TRUSTEE'S REPORT AND NOTICE OF INTENTION
TO SELL PROPERTY OF THE ESTATE AT AUCTION (DOC. 68)**

**TO:** Debtor(s), Creditors, and Parties in Interest

**NOTICE OF OPPORTUNITY TO
OBJECT AND REQUEST FOR HEARING**

    Pursuant to Local Rule 2002-2, the Court will consider the relief requested in this paper without further notice or hearing unless a party in interest files a response within twenty-one (21) days from the date set forth on the proof of service plus an additional three days for service if any party was served by U.S. Mail, or such other period as may be specified in Fed. R. Bankr.P. 9006(f).

    If you object to the relief requested in this paper, you must file an objection or response electronically with the Clerk of the Court or by mail at 110 E. Park Avenue, Suite 100, Tallahassee, FL 32301, and serve a copy on the Trustee, Mary W. Colón, Trustee, P. O. Box 14596, Tallahassee, FL 32317, and any other appropriate person within the time allowed. If you file and serve a response within the time permitted, the Court will either schedule and notify you of a hearing or consider the response and grant or deny the relief requested without a hearing.

    If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief request in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

**NOTICE IS HEREBY GIVEN** that Mary W. Colón, Trustee of the bankruptcy estate of the above-named debtor(s) intends to sell the following property of the referenced bankruptcy estate under the terms and conditions set forth below:

TIME, PLACE AND DATE OF AUCTION:  **Beginning at 10:00 A.M. CENTRAL TIME on (Saturday), February 1, 2020** at the Fort Walton Beach Fairgrounds, 1958 Lewis Turner Blvd., Ft. Walton Beach, Florida 32547. (Contact Auctioneer at Toll Free 1-800-858-3869 for directions or brian@nwflauctiongroup.com.

Description of
Property:              Interest of Debtor in 2014 Harley Davidson Triglide Ultra Classic; lien on title $15,900.00. [1]

Manner of Sale:    Public auction by Northwest Florida Auction Group, Inc., Brian C. Sparling, Auctioneer 1319 Lewis Turner Blvd., Ft. Walton Beach, Florida **(850) 862-0914.**

Terms of Sale:     Cash basis only at auction; property to be sold **AS IS, WHERE IS no warranties express or implied. (unless noted by Auctioneer).  No Buyer's premium.**

**BUYER RESPONSIBLE FOR ALL TRANSFER TAXES, SALES TAX, AND/OR FEES.**

(a) Sale To:           General Public
(b) Sale Price:       Highest bidder for cash.  **Minimum starting bid $22,000.00.** [2]

---

[1] Amended to add lien amount
[2] Minimum starting bid added

(c) Lienor(s) (if any):   This sale is subject to any scheduled liens as set forth above or as otherwise noted by the Auctioneer. LIENS TO BE PAID FROM AUCTION PROCEEDS.

If no objection is filed, the sale described above shall take place and the property sold to the highest bidder.

**RESPECTFULLY SUBMITTED** this January 9, 2020.

/s/ Mary W. Colón
MARY W. COLÓN
Chapter 7 Trustee
Florida Bar No.: 0184012
Post Office Box 14596
Tallahassee, Florida 32317
Phone:  (850) 241-0144
Facsimile:  (850) 702-0735
trustee@marycolon.com

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a copy of the foregoing has been furnished by U.S. Mail with postage prepaid to all persons on the court's mailing matrix by BK Attorney Services, LLC d/b/a certificateofservice.com on January 9, 2020.

/s/ Mary W. Colón
MARY W. COLÓN

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

| | |
|---|---|
| IN RE:  ROGER ALLEN MILLS | CASE NO: 18-50307-KKS |
| | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 7 |

On 1/9/2020, I did cause a copy of the following documents, described below,

AMENDED TRUSTEE'S REPORT AND NOTICE OF INTENTION TO SELL PROPERTY OF THE ESTATE AT AUCTION (DOC. 68)

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 1/9/2020

/s/ Mary W. Colon, Chapter 7 Trustee
Mary W. Colon, Chapter 7 Trustee

P. O. BOX 14596
TALLAHASSEE, FL  32317
850 241 0144

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

| | |
|---|---|
| IN RE:  ROGER ALLEN MILLS | CASE NO: 18-50307-KKS |
| | **CERTIFICATE OF SERVICE DECLARATION OF MAILING** |
| | Chapter: 7 |

On 1/9/2020, a copy of the following documents, described below,

AMENDED TRUSTEE'S REPORT AND NOTICE OF INTENTION TO SELL PROPERTY OF THE ESTATE AT AUCTION (DOC. 68)

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 1/9/2020

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Mary W. Colon, Chapter 7 Trustee

P. O. BOX 14596
TALLAHASSEE, FL  32317

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
CASE INFO                         BK GLOBAL REAL ESTATE SERVICES      JPMORGAN CHASE BANK NATIONAL
 LABEL MATRIX FOR LOCAL NOTICING   1095 BROKEN SOUND PARKWAY SUITE 200 ASSOCIATION
11295                             BOCA RATON FL 33487-3503             CO STEVEN GERALD POWROZEK
CASE 18-50307-KKS                                                      SHAPIRO FISHMAN  GACHE LLP
NORTHERN DISTRICT OF FLORIDA                                           4630 WOODLAND CORPORATE BLVD STE 100
PANAMA CITY                                                            TAMPA FL 33614-2429
THU JAN 9 15-20-36 EST 2020


NATIONSTAR MORTGAGE LLC DBA MR COOPER   NORTHWEST FLORIDA AUCTION GROUP INC   PACIFIC UNION FINANCIAL LLC
ROBERTSON ANSCHUTZ  SCHNEID PL          1319 LEWIS TURNER BLVD                EXL LEGAL PLLC
6409 CONGRESS AVENUE SUITE 100          FT WALTON BEACH FL 32547-1137         12425 28TH STREET NORTH
BOCA RATON FL 33487-2853                                                      SUITE 200
                                                                              ST PETERSBURG FL 33716-1826


PACIFIC UNION FINANCIAL LLC       TERESA M DORR ESQ                  AMERICAN EXPRESS
CO ALEJANDRO MARTINEZMALDONADO    ZALKIN REVELL PLLC                 CORRESPONDENCEBANKRUPTCY
EXL LEGAL PLLC                    2441 US HIGHWAY 98W                PO BOX 981540
12425 28TH ST SUITE 200           SUITE 109                          EL PASO TX 79998-1540
ST PETERSBURG FL 33716-1826       SANTA ROSA BEACH FL 32459-5386


AMERICAN EXPRESS                  AMERICAN EXPRESS NATIONAL BANK     BARCLAYS BANK DELAWARE
PO BOX 297871                     CO BECKET AND LEE LLP              ATTN CORRESPONDENCE
FORT LAUDERDALE FL 33329-7871     PO BOX 3001                        PO BOX 8801
                                  MALVERN PA 19355-0701              WILMINGTON DE 19899-8801


BARCLAYS BANK DELAWARE            CAPITAL ONE                        CAPITAL ONE
PO BOX 8803                       ATTN BANKRUPTCY                    PO BOX 30285
WILMINGTON DE 19899-8803          PO BOX 30285                       SALT LAKE CITY UT 84130-0285
                                  SALT LAKE CITY UT 84130-0285


CAPITAL ONE BANK USA NA           CHASE MORTGAGE                     HARLEY DAVIDSON FINANCIAL
PO BOX 71083                      ATTN CASE RESEARCH  BANKRUPTCY     ATTN BANKRUPTCY
CHARLOTTE NC 28272-1083           PO BOX 24696                       PO BOX 22048
                                  COLUMBUS OH 43224-0696             CARSON CITY NV 89721-2048


HARLEY DAVIDSON CREDIT CORP       JPMORGAN CHASE BANK NATIONAL       JERRY WILSONS ROOFING LLC
PO BOX 9013                       ASSOCIATION                        1705 ALABAMA AVE
ADDISON TEXAS 75001-9013          CHASE RECORDS CENTER               LYNN HAVEN FL 32444-4243
                                  ATTN- CORRESPONDENCE MAIL
                                  MAIL CODE LA4-5555
                                  700 KANSAS LANE
                                  MONROE LA 71203-4774


PACIFIC UNION FINANCIAL           PACIFIC UNION FINANCIAL LLC        PINNACLE
ATTN BANKRUPTCY                   1601 LBJ FREEWAY STE 500           PO BOX 130848
1603 LBJ FREEWAY SUITE 500        FARMERS BRANCH TX 75234-6034       CARLSBAD CA 92013-0848
FARMERS BRANCH TX 75234-6071


POLLACK  ROSEN PA                 PORTFOLIO RECOVERY ASSOCIATES LLC  SYNCHRONY BANK
806 DOUGLAS RD                    PO BOX 41067                       CO PRA RECEIVABLES MANAGEMENT LLC
SOUTH TOWER SUITE 200             NORFOLK VA 23541-1067              PO BOX 41021
CORAL GABLES FL 33134-3157                                           NORFOLK VA 23541-1021
```

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

SYNCHRONY BANKCARE CREDIT
950 FORER BLVD
KETTERING OH 45420-1469

SYNCHRONY BANKCARE CREDIT
ATTN BANKRUPTCY DEPT
PO BOX 965061
ORLANDO FL 32896-5061

US BANK
PO BOX 5229
CINCINNATI OH 45201-5229

UNITED STATES TRUSTEE
110 E PARK AVENUE
SUITE 128
TALLAHASSEE FL 32301-7728

WYNDHAM CONSUMER FINANCE INC
P O BOX 97474
LAS VEGAS NV 89195-0001

WYNDHAM VACATION OWNERSHIP INC
10750 W CHARLESTON BLVD
LAS VEGAS NV 89135-1049

MARY W COLON
PO BOX 14596
TALLAHASSEE FL 32317-4596

NATASHA Z REVELL
ZALKIN REVELL PLLC
WATERSIDE BUSINESS CENTER
2441 US HIGHWAY 98W STE 109
SANTA ROSA BEACH FL 32459-5386

DEBTOR
ROGER ALLEN MILLS
4021 OSPREY POINT
PANAMA CITY FL 32409-2129

TERESA M DORR
ZALKIN REVELL PLLC
2441 US HIGHWAY 98 SUITE 109
SANTA ROSA BEACH FL 32459-5386